## A01A1408. MATHIS v. CANNON.
(582 SE2d 590)

BLACKBURN, Presiding Judge.

In *Mathis v. Cannon*,[1] the Supreme Court reversed the judgment of this Court's opinion in *Mathis v. Cannon*.[2] Therefore, we vacate our

---

[6] See, e.g., *Thornton v. State*, 264 Ga. 563, 574 (18) (449 SE2d 98) (1994) (defendant withdrew his demand for speedy trial in open court).

[7] OCGA § 17-7-170 (a).

[1] *Mathis v. Cannon*, 276 Ga. 16 (573 SE2d 376) (2002).

[2] *Mathis v. Cannon*, 252 Ga. App. 282 (556 SE2d 172) (2001).

earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment reversed. Mikell and Adams, JJ., concur.*

DECIDED JUNE 3, 2003.

*James W. Hurt,* for appellant.

*Jones, Cork & Miller, Robert C. Norman, Jr., Hubert C. Lovein, Jr.,* for appellee.